UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED INVESTMENT SOLUTIONS INC., et al.,<br><br>        Defendants. | Case No.  21-cv-02972-KAW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Meryl Pomponio filed the instant suit against Defendants United Investment Solutions Inc., et al. (Dkt. No. 1.)  Defendants were served by May 13, 2021.  (Dkt. Nos. 8-11.)  Pursuant to General Order 56, the joint site inspection deadline was July 12, 2021, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection.  (*See* Dkt. No. Re: Dkt. No. 6.)  Thus, Plaintiff's "Notice of Need for Mediation" was due by August 23, 2021.

As of the date of this order, Plaintiff has yet to file her "Notice of Need for Mediation."  Plaintiff is therefore ordered to show cause by **November 5, 2021**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: October 26, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge